JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL CERVANTES,** ) | **NO. SACV 16-2155-AB (KS)** |
|       **Petitioner,** ) | |
|     **v.** ) | **JUDGMENT** |
| ) | |
| **JOHN SUTTON, Warden,** ) | |
| ) | |
|       **Respondent.** ) | |
| _____ ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  November 9, 2017

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE